UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Augusta Division

JAMES TAYLOR

vs

FREEDOM MORTGAGE CORPORATION,
MCCALLA RAYMER LEIBERT PIERCE,
LLC

CASE NUMBER  1:24-cv-00054

**O R D E R**

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This ____6th____ day of ___November___, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA